IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY HENSON, Special Personal
Representative of the Estate of
Sandra Henson, Deceased                                     PLAINTIFF

v.                          No. 4:21-cv-294-DPM

ROSS STORES, INC.;
JOHN DOE NOS. 1-2; and
ROSS DRESS FOR LESS, INC.;                                 DEFENDANTS

## JUDGMENT

Henson's amended complaint is dismissed with prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2022